**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 19-CR-20546-KMW

**UNITED STATES OF AMERICA**

v.

EUGENE JACKSON                    /

Inmate Name: EUGENE JACKSON

Inmate #: DC Number: M17203

## PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A Initial Appearance/Arraignment is pending in this Court against Eugene Jackson, DC#M17203 the above styled case, and it is set for as to the defendant on October 17, 2019 at C. Clyde Atkins Bldg, U.S. Courthouse, 301 North Miami Avenue, Miami, Florida 33128, 3rd floor

2. The defendant is now confined in the SOUTH FLORIDA RECEPTION CENTER. at 14000 NW 41st Street, Doral, Florida 33178-3003

3. It is necessary to have the defendant before this Court for a Initial Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance/Arraignment and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *[signature]*
Jason A. Reding
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA Jason A. Reding )